# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO BAUTISTA,<br><br>       Plaintiff,<br><br>  vs.<br><br>LA USULUTECA CORP.; and DOES 1 through 10 inclusive,<br><br>       Defendants. | Case No. **CV 17-1207-GW(PLAx)**<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION**<br><br>Complaint Filed: February 14, 2017<br>Trial Date:     None |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, both sides to bear their own fees and costs.

SO ORDERED.

DATED: July 11, 2017

_____
GEORGE H. WU, U.S. District Judge